## PACE v. STATE.
### No. 13849.

Court of Criminal Appeals of Texas.
Oct. 22, 1930.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The unlawful sale of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The record is here without statement of facts or bills of exceptions. No legal questions have been presented for review.

The judgment is affirmed.

HAWKINS, J., absent.